U.S. COURTS

UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

FEB 08 2023

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

William B. Jolley,

    Plaintiff,

vs.

Marcia L. Fudge, Secretary,
Department of Housing and Urban Development (HUD)

    Defendant.

    And

United States Merit Systems Protection Board (MSPB)

    Defendant.

Case Number:_____
Jury trial: YES, on Counts I & II

**Motion with Respect to Fees and Costs under the Uniformed Service Employment and Reemployment Rights Act (USERRA)**

Plaintiff, William B. Jolley, is a hundred percent disabled Veteran who served in the U.S. Air Force from 3 March 1950 to 14 December 1959. He holds two honorable discharges.

Plaintiff moves this Court to accept the submitted complaint without charge of fees or court costs. 38 U.S.C. 4323(h)(1) states "No fees or court costs may be charged or taxed against any person claiming rights under this chapter." There are

numerous decisions that support such requests by qualified Veterans seeking to use the services of the courts. Consideration by this Court will be appreciated.

Respectfully submitted,

William B. Jolley (pro se)                    2 February 2023